# UNITED STATES DISTRICT COURT

### for the

### Western District of North Carolina

### Civil Division

FILED
CHARLOTTE, NC

JUN -3 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

|  |  |  |
|---|---|---|
| Giraud Howard Hope | ) | Case No. 3:20-cv-308-RJC |
| | ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | ) | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

References-etc., Inc.

**Defendant(s)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Giraud Howard Hope |
| Street Address | 6911 Winding Cedar Trail |
| City and County | Charlotte |
| State and Zip Code | North Carolina 28212 |
| Telephone Number | (980) 230-8403 |
| E-mail Address | giraudhope68@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | References-etc., Inc. |
| Job or Title *(if known)* | Credit Reporting Agency |
| Street Address | 27 Pilgrim Drive |
| City and County | Hiriam |
| State and Zip Code | Maine 04041 |
| Telephone Number | (207) 807-8864 |
| E-mail Address *(if known)* | support@references-etc.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Credit Reporting Act (1970); 1ˢᵗ Ammendment of The United States Constitution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damage resulting from defendants condcut (Violation of the Fair Credit Reporting Act exhbit 1; 1st Amendment Right Violation) has negatively impacted opportunities for plaintiffs earning potential in his profession and caused defamation to his academic, professional and personal character.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Online inadvertent discovery of defendants written statements were recovered during rountine background check of plaintiff July 2019.Exhibit 1

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Inadvertent discovery of defendants conduct was recovered from online sources July 15, 2019 in the printout from their office which identified plaintiff by name, date of birth, and social security number has having conviction(s). FCRA guidelines prohibit the presentation of this information after seven years as it is governed by Federal Law and not the legislation of any one state of the United States.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants conduct suggests defendant violated the Fair Credit Reporting Act of 1970 (FCRA) by making statements in an online forum regarding conviction of plaintiff which is prohibited after seven years. Given the matter concerning any conviction of plaintiff is Federal and not under the legislation of any state of the United States, online public broadcast of any such data is in violation of the FCRA.

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

As result of defendants conduct plaintiff suffered defamation of his academic, professional, and personal character, and or any opportunities for employment that were denied as result. The removal of this information from online public record at this time would not compensate for the damage which has already occurred.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see addendum A. The damages incurred as result of defendants actions ruined employment opprotunties for plaintiff which have immeasurable long-term effects that will foreever impact plaintiffs career, earning potential, professional reputation, academic, professional and personal character. Plaintiff asks the Court to order the removal of defamatory data from online sources at once and appropriate compensation for the losses incurred and damage done to any future yield or earning potential. Defendants violation of the FCRA has resulted in defamantion of character from which plaintiff is incapable of recovering. Addendum A explains in detail the career, career duties, contractual agreement opportunities and any capacity of service in plaintiffs chosen field of study being immeasurably damaged by defendants actions. As result of loss of earning potential as a psychologist, punitive damages as there is no basis to explain defendants conduct and the defamation of plaintiffs academic, personal and personal character, plaintiff asks the Court to order relief in the amount of ten million dollars.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/02/2020

Signature of Plaintiff

Printed Name of Plaintiff        Giraud Howard Hope

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# ADDENDUM A

**Statement of Claim**

Endorsed agencies under the direction of the Office of the Inspector General (OIG) for HHS, with medical oversight, can provide a wide range of services within mental health, developmental disabilities and substance abuse treatment services. This does not include pharmacological interventions for anyone of these three treatment criteria, but those which are neurological and or research based, utilizing Functional Magnetic Resonance Imagery (fMRI), Electroencephalography (EEG's) in combination with, or adjacent to various psychological tests and studies. Such agencies with medically trained practitioners of medicine, would also be capable of providing treatment, or referral for all physiological treatment concerns of the individual's they provided services in the general community. Said providers and agencies have an operating budget which often exceeds $300,000.00 dollars per week, translating to 15.6 million dollars per year. Given the bias displayed by defendant in this matter, along with the fact they negatively impacted plaintiff's access to public funding by violating the Fair Credit Reporting Act, missed employment opportunities and any future yields which may have been awarded are lost where plaintiff has spent the entirety of his life acquiring the skills of doctorate. Plaintiff's last annual salary in private practice was $250,000.00 dollars. While this salary, for which he paid the required taxes to the United States, was before he actually obtained the degree of doctorate, it could easily have been expected, now that he has been conferred Doctor of Philosophy in his chosen field, his salary could've very well multiplied exponentially, given the newly acquired skills, training, research capabilities and contributions to the field of psychology and the community in need of the services

1

he provides.

While the focus of this compliant is polarized on the violation of the FCRA labeling by a Credit Reporting Agency (CRA), the monetary damage as result of this conduct becomes ever clearer. As result of defendants conduct, plaintiff's reputation in the academic community, professional community, among potential clients whom plaintiff could genuinely help, plaintiff's professional reputation and character has been forever defamed and as result, destroyed by defendant.

**Irreparable Injury**

Psychological studies have shown whenever the human brain is exposed to negative information regarding a topic, neuronal pathways change, and neuronal firing differs from what it once was. Furthermore, despite attempts to reintroduce positive information on the topic, the changes in neuronal firing sequences throughout left and right brain structures in all four lobes remains. It has been argued such changes in brain structure and mechanisms has no impact on cognizant thought processes, while arguments to the contrary are equally robust if not stronger. Neurological scientists agree the firing of neurons sympathetic and parasympathetic alike are responsible for the traveling of messages needed for physiologically exhibited human behavior and or unconscious functions of needed biological systems of the human body. This is all to say the presentation of negative information on any topic or subject negatively impacts measurable physiological responses and or exhibited human behavior. Emotional distress, physiological cues, or other reflexive responses experienced in behavior,

whenever conscious human behavioral responses differ from natural human impulsive responses, result in the psychological distress experienced whenever the two are in conflict, or otherwise referred to as Cognitive Dissonance. Therefore, Cognitive Dissonance is likely to negatively influence decision making by those impacted by negative information about which they must decide. Measurable science in psychology has not fully determined what percentages or probabilities accurately apply; however, the body of evidence concludes it's impossible to suggest there is absolutely no effect.

The body of evidence demonstrates whenever negative information regarding a subject is presented to the human brain irreversible neurological changes occur which affect human physiology. This is to illustrate the resulting damage endured by plaintiff having been deprived protection of the FCRA and how that damage will withstand time forever and as result measurable human behavior, capable of negatively impacting those in position of authority to award authorization, funding, contractual agreement in any capacity to plaintiff, in his profession. This suggests damage incurred by plaintiff, having been deprived protection of the FCRA is immeasurable and will therefore negatively impact any and all earning capabilities regardless of restoration of credentials within his chosen field of study for the remainder of his life.

The psychological impact of wrongfully being deprived protection of the FCRA is equivalent to sustaining a death sentence. When wrongfully deprived protection of laws and acts of the United States, or opportunities for work in one's field, the effects could result in episodes of severe depression, anxiety and or posttraumatic stress disorder

years from the wrongful deprivation. While individual's may very well progress through life productively as they attempt to manage the symptoms they suffer, others are essentially crippled by these disorders indefinitely. Symptomatology of such disorders often escape the sufferers. Practitioners who are intimate with those experiencing symptoms, often have their view of warning cues obscured due to their proximity to the victim. This is to suggest it is not impractical the long-term effects of wrongful conduct of defendant has an increased probability of resulting in diagnosable clinical disorders which could very well include increased potential of suicidality.

**Constitutional Right Violation**

The wrongful deprivation of FCRA protections to plaintiff was revealed during background checks for employment. At the time of this inadvert discovery, it was also discovered plaintiff's name, date of birth and social security number were all said to match records identifying him as having conviction(s), where the Bureau of Prisons in Welch, WV (BOP) was identified.

The Fair Credit Reporting Act (FCRA) protects individuals from having unwarranted derogatory information made against them available on public networks and world view. State guidelines differ as to whether State convictions against an individual are available on said networks after seven years. Individual States have legislation which allow them to apply or refute Federal FCRA guidelines, making such information allowable to public networks after seven years in some States, while prohibiting it in others. Plaintiff having no conviction listed from any State Court in the United States or its territories, or anywhere else in the world, has only the conviction of Federal Court to

address. The guidelines of the FCRA apply regardless of individual state legislation. Therefore, the posting at this time, of plaintiff's personal identifying information as having conviction(s) to public record is in violation of the FCRA.

While violation of the FCRA by this CRA is responsible for significant damage to plaintiff, the level of damage, or damage with the capacity to impact plaintiff's profession for the remainder of his career and life fall upon their shoulders as well. Violation of FCRA guidelines by CRA's is considered a liable offense. Therefore, plaintiff would be entitled to compensation for the harm such violations are responsible for causing.

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I served a copy of the foregoing upon Defendant via US mail at the following addresses as indicated in the complaint.

Reference-etc. Inc.
27 Pilgrim Drive
Hiram, Maine 04041

Giraud Howard Hope
Plaintiff for Injunction

# References-etc., Inc.

27 Pilgrim Drive
Hiram, ME 04041
support@references-etc.com
Tel. (207) 807-8864

CONFIDENTIAL

| Search Results | Completed: 07/15/2019 |
|---|---|
| **APPLICANT INFORMATION** | |
| First Name | GIRAUD |
| Middle Name | HOWARD |
| Last Name | HOPE |
| DOB | 7/23/1962 |
| SSN | ***-**-7163 |
| Aliases | GIRAUD HOPE |
| Processing Rules | FIRST NAME: MATCH FIRST4 CHARACTERS OF FIRST NAME AND SEARCH NICKNAMES<br>MIDDLE NAME: MATCH MIDDLE INITIAL<br>LAST NAME: EXACT MATCH<br>ALIAS NAME:EXACT MATCH<br>DATE OF BIRTH: EXACT MATCH |

**Hits: 12**

**NATIONWIDE CRIMINAL**

| Health And Human Services OIG Exclusion List (LEIE), | | | |
|---|---|---|---|
| File ID | HOPE1962072320120520 | Full Name | GIRAUD HOPE |
| DOB | 7/23/1962 | Sex | - |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | Health And Human Services OIG Exclusion List (LEIE) | Source Type | terrorist |
| Race | - | Match Type | Exact Name And DOB Match |
| **Offense: 1** | | | |
| Offense | Exclusion Type: 1128a1 | | |
| Case Number | - | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | - |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |

Exhibit 1

| Terrorist Data | City:WELCH<br>Exclusion Date:05/20/2012<br>Exclusion Type:1128a1<br>Profession:MENTAL HEALTH FAC<br>Zip:24801 |
|---|---|

### North Carolina Admin Office of the Courts - Criminal,NC

| File ID | 1202014705368C | Full Name | GIRAUD HOWARD HOPE |
|---|---|---|---|
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

#### Offense: 1

| Offense | Not Specified | | |
|---|---|---|---|
| Offense County | CABARRUS | | |
| Case Number | 2014CR 705368 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | FileDate :04/22/2014 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:249F629<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

### North Carolina Admin Office of the Courts - Criminal,NC

| File ID | 5902013002007C | Full Name | GIRAUD HOWARD HOPE |
|---|---|---|---|
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

#### Offense: 1

| Offense | Not Specified | | |
|---|---|---|---|
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 002007 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | FileDate :01/18/2013 |
| Plea | - | Plea Date | - |

| Incarceration Date | - | Statute | - |
|---|---|---|---|
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:C2064270<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013002008C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |
| Offense: 1 | | | |
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 002008 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | FileDate :01/18/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:C2064269<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013026203C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |
| Offense: 1 | | | |
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 026203 | Cause Number | - |

| Charge Type | - | Court Fee | - |
|---|---|---|---|
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | FileDate :06/27/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:C2375627<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013031440C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |
| Offense: 1 | | | |
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 031440 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | - | File Date | FileDate :08/06/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:C2377693<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013249619C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

| Offense: 1 | |
|---|---|
| Offense | Not Specified |
| Offense County | MECKLENBURG |

| Case Number | 2013CR 249619 | Cause Number | - |
|---|---|---|---|
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | FileDate :12/15/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:C9900855<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013249620C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

| Offense: 1 | |
|---|---|
| Offense | Not Specified |
| Offense County | MECKLENBURG |

| Case Number | 2013CR 249620 | Cause Number | - |
|---|---|---|---|
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | FileDate :12/15/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:A0747108<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013725234C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |

| Height | - | Weight | - |
|---|---|---|---|
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

| Offense: 1 | | | |
|---|---|---|---|
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 725234 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | FileDate :07/01/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:01F9625<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902013725235C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |

| Offense: 1 | | | |
|---|---|---|---|
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2013CR 725235 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | FileDate :07/01/2013 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:01F9626<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| North Carolina Admin Office of the Courts - Criminal,NC | | | |
|---|---|---|---|
| File ID | 5902014711175C | Full Name | GIRAUD HOWARD HOPE |
| DOB | 7/23/1962 | Sex | Male |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | North Carolina Admin Office of the Courts - Criminal | Source Type | criminal |
| Race | Black | Match Type | Exact Name And DOB Match |
| **Offense: 1** | | | |
| Offense | Not Specified | | |
| Offense County | MECKLENBURG | | |
| Case Number | 2014CR 711175 | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | FileDate :03/20/2014 |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | - |
| Restitution | - | Sentence | - |
| finding | - | Fine | - |
| Arrest Date | - | Arrest Statute | - |
| Offense Data | Citation:135F594<br>Driver License State:NC<br>Notes:This source is an index only and requires further verification of the offense and disposition | | |
| Court Data | Case Type:CR | | |

| The OIG List of Excluded Individuals/Entities, | | | |
|---|---|---|---|
| File ID | e17b809a22c965f485d81e64f705d240 | Full Name | GIRAUD HOPE |
| DOB | 7/23/1962 | Sex | - |
| Eye Color | - | Hair Color | - |
| Height | - | Weight | - |
| Source Of Record | The OIG List of Excluded Individuals/Entities | Source Type | terrorist |
| Race | - | Match Type | Exact Name And DOB Match |
| **Offense: 1** | | | |
| Offense | Not Specified | | |
| Case Number | - | Cause Number | - |
| Charge Type | - | Court Fee | - |
| Disposition | - | Disposition Date | - |
| Degree | | File Date | |
| Plea | - | Plea Date | - |
| Incarceration Date | - | Statute | |
| Restitution | - | Sentence | |
| finding | - | Fine | - |

| Arrest Date | - | Arrest Statute | - |
|---|---|---|---|
| Terrorist Data | City:WELCH<br>Exclusion Date:05/20/2012<br>Exclusion Type:1128a1<br>Profession:MENTAL HEALTH FAC<br>Zip:24801 | | |

| Insta-Check | |
|---|---|
| | **Hits: 15** |

### ALIAS NAMES AND ADDRESS HISTORY

**Summary**

| Status | State Issued | Year Issued | Death Index |
|---|---|---|---|
| Record | New York | 1976-1977 | No |

| GIRAUD H HOPE | Date of Birth on File : // |
|---|---|
| 3568 DAVIDSON ST , CHARLOTTE, NC 28205, MECKLENBURG 08/2011 to 08/2011 | |
| 119 RIDGE LN , GASTONIA, NC 28054, GASTON 02/2004 to 02/2004 | |

| GIRAUD HOPE | Date of Birth on File : // |
|---|---|
| 3568 DAVIDSON ST , CHARLOTTE, NC 28205, MECKLENBURG 08/2011 to 08/2011 | |

| GIRAUD H HOPE | Date of Birth on File : 9/1/1960 |
|---|---|
| 927 REIGATE RD , CHARLOTTE, NC 28262, MECKLENBURG 12/2009 to 12/2009 | |
| 78205 PO BOX 78205 , CHARLOTTE, NC 28271, MECKLENBURG 01/2006 to 01/2006 | |
| 3434 SAVANNAH HILLS DR , MATTHEWS, NC 28105, MECKLENBURG 03/2002 to 03/2002 | |
| 100 MAIN ST , CHARLOTTE, NC 28204, MECKLENBURG 11/2000 to 11/2000 | |
| 6405 OLD SOUTH CT , CHARLOTTE, NC 28277, MECKLENBURG 01/1998 to 10/1998 | |
| 1431 BRIAR CREEK , CHARLOTTE, NC 28205, MECKLENBURG 04/1997 to 04/1997 | |

### DISCLAIMER

The information in this report is derived from records in accordance with the Fair Credit Report Act (FCRA, Public Law 91- 508, Title VI). This information may only be used for insurance or employment purposes or in connection with other legitimate business needs. The depth of information available varies. Final verification of an individual's identity and proper use of report contents are the user's responsibility

### END REPORT



**FedEx Office.**

June 02, 2020 11:30                   Page: 1
Receipt #: 3009202353
VISA #: XXXXXXXXXXXX1408
2020/06/02 11:13

| Qty | Description | Amount |
|-----|-------------|--------|
| 18 | PNG B&W S/S 8.5x11 & 8.5x14 | 2.34 |
| 39 | PNG B&W S/S 8.5x11 & 8.5x14 | 5.07 |
| 12 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.56 |
| 12 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.56 |
| 40 | ES B&W S/S White 8.5 x11 | 5.20 |

|  | SubTotal | 15.73 |
|--|----------|-------|
|  | Taxes | 1.14 |
|  | Total | 16.87 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

230 E WT HARRIS BLVD
Charlotte,NC 28262
(704) 548-0867
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2020

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability.  Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt